The Honorable Samuel J. Steiner
Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br><br>JAIME COURTNEY and JANE CARTER,<br><br>Debtors. | Bankruptcy No. 09-14739<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WESTSOUND BANK, a creditor in the above-captioned case, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and pursuant to Bankruptcy Rules 2002, 4001, and 9007, the undersigned requests that an entry be made on the clerk's matrix in this case and that all notices, given or required to be given, and all documents served or required to be served, in this case be given to and served on the persons set forth below:

John Du Wors
Michael Gustafson
Newman & Newman, Attorneys at Law, LLP
505 Fifth Avenue South, Suite 610
Seattle, WA 98104

The foregoing request not only includes the notices and papers and referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions requests, complaints, demands, replies, answers, statements, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail,

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 1

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1 courier service, delivery, telephone, telegraph telex telecopier, or otherwise, and whether
2 directed to parties in interest, generally or specifically.
3
4 Dated: December 9, 2009.

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

_____
John Du Wors, WSBA No. 33987
Michael Gustafson, WSBA No. 35666

NOTICE OF APPEARANCE AND REQUEST FOR
SPECIAL NOTICE - 2

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on December 9, 2009, I caused to be served a true and correct copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

Additionally, a copy of the foregoing was served on the following parties as indicated below:

- ç   U.S. mail
- ç   Overnight mail
- ç   Hand Delivered
- ç   Facsimile

N/A

/s/ Michael Gustafson
Michael Gustafson